

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00604-CV

**IN RE** Ronald E. **GOTANCO**, M.D.
and Star Anesthesia, P.A.

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On August 26, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition, the responses filed on behalf of the respondent and real parties in interest, and relators' reply, and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 25th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-09786, styled *Tonya R. Catalano and Anthony N. Catalano v. Ronald E. Gotanco, M.D. and Star Anesthesia, P.A.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.